# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL DRIVER, ) | |
| TERRY CLAYTON, ) | |
| MICHAEL BOYD, ) | |
| NICHOLAS SWORDS, and, ) | |
| ROY SHOFNER, ) | |
| individually and as representatives ) | CAUSE NO. 1:14-cv-2076 -RLY -MJD |
| of a class of all similarly situated individuals, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | |
| THE MARION COUNTY SHERIFF, and, ) | |
| THE CONSOLIDATED CITY OF ) | |
| INDIANAPOLIS AND MARION COUNTY, ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, by counsel, pursuant to F.R.C.P. 23 (a) and (b)(3), move the court for an order certifying this case as a class action on behalf of all individuals who, from December 19, 2012 to the present, were held in confinement by the Marion County Sheriff after legal authority for those detentions ceased due to the defendants' practices of: operating under a standard of seventy-two (72) hours to release prisoners who are ordered released; not accepting cash or surety bonds but instead outsourcing the payment and processing of these bonds to the Marion County Clerk; employing a computer system inadequate for the purposes intended with respect to the timely release of prisoners; re-arresting and imprisoning individuals who are released on their own recognizance, found not guilty or acquitted, or who have had their criminal charges vacated or dismissed, and for whom the Sheriff no longer has any legal right to detain; and, keeping inmates imprisoned who the courts have released to Community Corrections for electronic monitoring.

All of these practices and procedures are unreasonable and result in substantial and unreasonable delays in the release of the class members. In support of their motion, plaintiffs submit their Memorandum in Support and Submission of Evidence and state as follows:

1. The defendants' practices and procedures are unreasonable and result in substantial and unreasonable delays in the release of the class members;

2. The class consists of thousands of individuals, making the joinder of all class members in this litigation impracticable.

3. The issues in the case are questions of law and fact common to the class.

4. The claims of the plaintiffs are typical of the claims of the class.

5. Plaintiffs will thoroughly and adequately represent the interests of the class and have retained counsel experienced in the litigation of class actions.

6. The questions of law or fact common to class members predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

WHEREFORE, plaintiffs respectfully request that this Court certify this case as a class action, the class consisting of all individuals who, from December 19, 2012 to the present, were held in confinement by the Marion County Sheriff after legal authority for those detentions ceased.

Respectfully submitted,

Dated: October 15, 2015

*/s/ Richard A. Waples*
Richard A. Waples
John Young
Matthew Boldt

Attorneys for Plaintiffs

2

Richard A. Waples
**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

John Young
Matthew Boldt
**YOUNG & YOUNG**
128 N. Delaware St. 3rd Floor
Indianapolis, IN 46204
TEL: (317) 639-5161
Fax (317) 639-4978
EMAIL: john@youngandyoungin.com;
matthew@youngandyoungin.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 15, 2015, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

aoverholt@fbtlaw.com

Amanda.dinges@indy.gov

Daniel.bowman@indy.gov

 /s/ Richard A. Waples
 Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com