UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL DRIVER, ) | | |
| TERRY CLAYTON, ) | | |
| MICHAEL BOYD, ) | | |
| NICHOLAS SWORDS, ) | | |
| ROY SHOFNER, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | 1:14-cv-02076-RLY-MJD | |
| ) | | |
| MARION COUNTY SHERIFF, ) | | |
| CONSOLIDATED CITY OF ) | | |
| INDIANAPOLIS AND MARION ) | | |
| COUNTY, ) | | |
| ) | | |
| Defendants. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation [Dkt. 184] on Plaintiff's *Motion to Stay Proceedings* [Dkt. 178]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This matter is stayed pending the resolution of Plaintiff's interlocutory appeal. The Clerk is directed to administratively close this matter; it may be reopened at the request of any party following the resolution of Plaintiff's interlocutory appeal.

**SO ORDERED** this 28th day of December 2016.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anthony W. Overholt
FROST BROWN TODD LLC
aoverholt@fbtlaw.com

Richard G. McDermott
OFFICE OF CORPORATION COUNSEL
rmcdermo@indygov.org

Richard A. Waples
WAPLES & HANGER
rwaples@wapleshanger.com

John P. Young
YOUNG & YOUNG
john@youngandyoungin.com