# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **MICHAEL DRIVER, TERRY CLAYTON, MICHAEL BOYD, NICHOLAS SWORDS, and ROY SHOFNER, Individually and as representatives of a class of all similarly situated individuals,** | ) ) ) ) ) ) CAUSE NO. 1:14-cv-02076-RLY-MJD ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **THE MARION COUNTY SHERIFF, and, THE CONSOLIDIATED CITY OF INDIANAPOLIS AND MARION COUNTY,** | ) ) ) ) ) |
| **Defendants.** | ) |

## PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURES

Plaintiffs, by counsel, gives notice that in accordance with the Case Management Plan and Federal Rule of Civil Procedure 26(a)(2) (b) and (c), that they have served their Expert Disclosures upon Defendants for use upon class certification, summary judgment, and at trial.

Respectfully submitted,

Dated: August 6, 2018

*/s/ Richard A. Waples*
Richard A. Waples
John P. young
Attorneys for Plaintiff


**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

**YOUNG & YOUNG**
128 N. Delaware St. 3rd Floor
Indianapolis, IN 46204
TEL: (317) 639-5161
TOLL FREE 1 (888) 639-5161
Fax (317) 639-4978
EMAIL: john@youngandyoungin.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Anthony Overholt – aoverholt@fbtlaw.com

*/s/ Richard A. Waples*
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com