IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL DRIVER, TERRY CLAYTON, MICHAEL BOYD, NICHOLAS SWORDS, and ROY SHOFNER, individually and as representatives of a class of all similarly situated individuals,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE MARION COUNTY SHERIFF, and THE CONSOLIDATED CITY OF INDIANAPOLIS AND MARION COUNTY,<br><br>            Defendants. | Cause No. 1:14-cv-02076-RLY-MJD |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT THEIR EXPERT REPORTS**

Defendants, for their Motion for Extension of Time to Submit Expert Reports, state:

1. Plaintiffs provided their expert reports in August 2018. The current deadline for Defendants to complete their expert reports is October 4, 2018.

2. As explained below, it is impossible for Defendants' experts to complete their analysis and written reports because they do not have all of the information they need in order to do so.

3. Plaintiffs provided their expert reports and have provided some of the data from their experts supporting their conclusions. However, much more information from Plaintiffs' experts is required.

4. To gather this information, Defendants served discovery requests on August 13, 2018 and September 14, 2018 seeking data and information necessary for their experts to

complete their work. Defendants received responses to the August 13th requests, but have not yet received responses to the September 14th requests as the time for Plaintiffs to respond has not yet expired.

5. As discussed at the last status conference with this Court held on September 17th, Defendants have asked their experts to prepare a timeline for completing their work. The experts believe at this time that they should be able to have a report completed by the end of December 2018.

6. This proposed deadline assumes that (1) Plaintiffs are able to provide all of the additional information needed by the defense by the time their discovery responses are currently due (October 17, 2018); and (2) that the Office of State Court Administration is able to provide in a timely fashion the information needed for the Defendants' experts.

7. Defendants and their experts are working as best they can to timely complete their expert reports, and they will continue to do so.

8. Plaintiffs' counsel was contacted about this request and has no objection to this request.

WHEREFORE, Defendants request that this Court extend the deadline to exchange their expert reports to December 31, 2018.

                                                    FROST BROWN TODD LLC

                                                    By: */s/Anthony W. Overholt*
                                                          Anthony W. Overholt, #16481-49

                                                    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Richard A. Waples | John Young |
| Waples & Hanger | Matthew C. Boldt |
| 410 N. Audubon Road | Young & Young |
| Indianapolis, In  46219 | 128 N. Delaware St., 3rd Floor |
| | Indianapolis, IN  46204 |

                                      */s/Anthony W. Overholt*
                                      Anthony W. Overholt

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com

LR02314.0629431   4838-2751-6789v1