UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL DRIVER, TERRY CLAYTON, MICHAEL BOYD, NICHOLAS SWORDS, and ROY SHOFNER, individually and as representatives of a class of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE MARION COUNTY SHERIFF, and THE CONSOLIDATED CITY OF INDIANAPOLIS AND MARION COUNTY, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) No. 1:14-cv-02076-RLY-MJD ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS

Defendants, by counsel, for their motion to exclude Plaintiffs' experts, state:

1. This case is currently set for a hearing on Plaintiffs' request for class certification on the question of the adequacy of Defendants' computer systems. That hearing is scheduled for August 19, 2019.

2. Defendants are filing along with this motion a brief that addresses why Plaintiffs' experts must be excluded and why, as a result, Plaintiffs' request for class certification must be denied.

3. While Defendants' motion and brief on the issue of excluding Plaintiffs' experts are not due until September 13, 2019 (Dkt. #295, p. 2), Defendants are filing the motion and brief now because Defendants' objection to class certification is based in part on the inadmissibility of

Plaintiffs' expert reports. Filing this motion now will allow for consideration of Defendants' request for relief—the exclusion of Plaintiffs' experts—at the August 19th hearing.

4. Plaintiffs' experts must be excluded from this action because of violations of Rule 26 and the rules governing discovery. Defendants have been significantly prejudiced as a result, and Plaintiffs cannot justify their violations or show that those violations were harmless.

5. In support of this motion, Defendants have filed a brief in support, numerous exhibits, and cited to several exhibits already in the record.

WHEREFORE, Defendants, by counsel, request that this Court exclude Plaintiffs' experts and their opinions from any consideration in this case.

FROST BROWN TODD LLC

By: /s/ Anthony W. Overholt
Anthony W. Overholt, #16481-49
201 N. Illinois St., Suite 1900
Indianapolis, IN  46204
Tel. (317) 237-3800
Fax (317) 237-3900

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby that on this 29th day of July, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
Waples & Hanger
410 N. Audubon Road
Indianapolis, In 46219

John Young
Young & Young
128 N. Delaware St., 3 rd Floor
Indianapolis, IN 46204

      /s/Anthony W. Overholt
Attorney for Defendants

LR02314.0629431   4833-8214-0318v1