UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL DRIVER, ) | |
| TERRY CLAYTON, ) | |
| MICHAEL BOYD, ) | |
| NICHOLAS SWORDS, and, ) | |
| ROY SHOFNER, ) | |
| individually and as representatives ) | CAUSE NO. 1:14-cv-2076 RLY-MJD |
| of a class of all similarly situated individuals, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | |
| THE MARION COUNTY SHERIFF, ) | |
| and, ) | |
| THE CONSOLIDATED CITY OF ) | |
| INDIANAPOLIS AND MARION COUNTY, ) | |
| ) | |
| **Defendants.** ) | |

### ORDER ON PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This matter comes before the Court on the Parties' Joint Motion for Preliminary Approval of Class Action Settlement (Dkt. 516). The Court, being duly advised, hereby **GRANTS** the motion, and finds as a preliminary matter that the parties' proposed settlement is fair, reasonable, and adequate. The Court approves the form of Class Notice and Claim Form set forth in and attached to the Settlement Agreement. Notice should thus be disseminated by the Claims Administrator as set forth in the Settlement Agreement informing Class members of the settlement, their rights to claim from the settlement, do nothing, object to the settlement, or exclude themselves from it, by APRIL 27, 2022, which is 120 days from the date of this Order. The Court also sets a Fairness Hearing to be held on JULY 14, 2022 at 2:30 p.m., which is 165 or more days from the date of this order. The Fairness Hearing will be held in Courtroom 349, U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204

SO ORDERED this 28th day of December 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record