UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL DRIVER,  ) | |
| THE ESTATE OF TERRY CLAYTON,  ) | |
| MICHAEL BOYD,  ) | |
| NICHOLAS SWORDS, and,  ) | |
| ROY SHOFNER,  ) | |
| individually and as representatives  ) | CAUSE NO. 1:14-cv-2076-RLY-MJD |
| of a class of all similarly situated individuals,  ) | |
|   ) | |
| **Plaintiffs,**  ) | |
|   ) | |
| vs.  ) | |
|   ) | |
| THE MARION COUNTY SHERIFF,  ) | |
| and,  ) | |
| THE CONSOLIDATED CITY OF  ) | |
| INDIANAPOLIS AND MARION COUNTY,  ) | |
|   ) | |
| **Defendants.**  ) | |

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. Pro. 54 and 58, and in accordance with its Entry granting final approval of Parties' Settlement Agreement, the Court enters Final Judgment in this case on all claims and all parties. The Court excludes Dusten Murray, Summer M. Ullrich, and Lorenzo L. Canada, Jr., each of whom exercised their option to opt-out of the case. The Court directs Defendants to make available to the Claims Administrator $481,040 to pay valid claims; directs Defendants to pay Class Counsel attorney fees of $4,000,000 and expenses of $550,000 pursuant to the Settlement Agreement, which includes $20,000 class representative fees to each to the five class representatives.

**SO ORDERED** this 8th day of August 2022.

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana